934

No. 78–6250.   CRAWFORD v. JACKSON, CORRECTIONS DIREC-
TOR, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 78–6256.   SHEPARD v. OHIO.   Ct. App. Ohio, Cham-
paign County.   Certiorari denied.

No. 78–6258.   WALDRON v. UNITED STATES.   C. A. 1st Cir.
Certiorari denied.

No. 78–6301.   CLEVELAND v. MARYLAND.   Ct. Sp. App. Md.
Certiorari denied.

No. 78–6318.   APONTE v. SECRETARY OF HEALTH, EDUCA-
TION, AND WELFARE.   C. A. 1st Cir.   Certiorari denied.

No. 78–6325.   PHELPS v. COMMISSIONER OF CORRECTION
ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 78–6326.   PHELPS v. MARYLAND ET AL.   C. A. 4th Cir.
Certiorari denied.

No. 78–6338.   POSADA v. CLANON, MEDICAL FACILITY SUPER-
INTENDENT.   C. A. 9th Cir.   Certiorari denied.

No. 78–6341.   ABRAM v. LOUISIANA.   Sup. Ct. La.   Cer-
tiorari denied.

No. 78–6342.   MILES v. BORDENKIRCHER, PENITENTIARY
SUPERINTENDENT, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 78–6343.   VAUGHN v. OREGON EX REL. JUVENILE DE-
PARTMENT OF MULTNOMAH COUNTY.   Ct. App. Ore.   Cer-
tiorari denied.

No. 78–6344.   DOLEN v. TELEVISION STATION TV 12 ET AL.
C. A. 1st Cir.   Certiorari denied.